**Dismissed and Memorandum Opinion filed January 5, 2012.**



In The

# Fourteenth Court of Appeals

_____

NO. 14-11-00968-CR
NO. 14-11-00969-CR
NO. 14-11-00970-CR

_____

**DAVID ANTELMO PEREZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 176th District Court
Harris County, Texas
Trial Court Cause Nos. 1248823, 1249065, & 1323866**

## MEMORANDUM  OPINION

Appellant entered guilty pleas to two counts of robbery, and one count of reckless injury to a child.   In accordance with the terms of a plea bargain agreement with the State, the trial court sentenced appellant on October 27, 2011, to confinement for ten years for each offense in the Institutional Division of the Texas Department of Criminal Justice. Appellant filed pro se notices of appeal.   We dismiss the appeals.

In each case the trial court entered a certification of the defendant's right to appeal in which the court certified that these are plea bargain cases, and the defendant has no right

of appeal. *See* Tex. R. App. P. 25.2(a)(2). The trial court's certifications are included in the records on appeal. *See* Tex. R. App. P. 25.2(d). The records support the trial court's certifications. *See Dears v. State*, 154 S.W.3d 610, 615 (Tex. Crim. App. 2005).

Accordingly, we dismiss the appeals.


PER CURIAM


Panel consists of Justices Frost, Seymore, and Jamison.
Do Not Publish — TEX. R. APP. P. 47.2(b)